423 A.2d 750

**Dolores E. WEST**

v.

**George E. WEST, Appellant.**

Superior Court of Pennsylvania.

Argued Nov. 11, 1980.

Decided Jan. 9, 1981.

Bernard Markovitz, Pittsburgh, for appellant.

James C. Evans, Pittsburgh, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

## OPINION

PER CURIAM:

This is an appeal from the order of the Court of Common Pleas of Allegheny County, Family Division, awarding $575 per month to the appellee–mother and her two infant children for support from their appellant–father. Appellant has challenged this award on several grounds. The lower court adequately addressed each of these arguments. We find no abuse of discretion by the trial judge. Therefore, the order of the lower court is in all respects Affirmed.